IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JAMES WADZINSKI,

                Plaintiff,                ORDER

    v.

                                            14-cv-591-jdp

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

                Defendant.

---

The parties have filed a motion for remand under sentence four of Section 205(g) of the Social Security Act. The motion will be granted.

On remand, plaintiff James Wadzinski will be provided with the opportunity for a hearing and to submit additional evidence and arguments. Additionally, on remand, the Administrative Law Judge will: (1) further consider the medical opinions of record; (2) further evaluate plaintiff's maximum residual functional capacity; (3) reassess plaintiff's credibility; and (4) reassess plaintiff's ability to perform past relevant work and, if necessary, other work in the national economy.

ORDER

IT IS ORDERED that this case is REMANDED to the Commissioner for further action as outlined above.

Entered this 21st day of November, 2014.

BY THE COURT:
/s/

_____
JAMES D. PETERSON
District Judge