IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JAMES WADZINSKI,

    Plaintiff,

v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 14-cv-591-jdp

    This action came before the court for consideration with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered remanding this case to defendant Carolyn W. Colvin, Acting Commissioner of Social Security, for further proceedings.

| s/ R.Plender, Deputy Clerk | 11/21/2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |